**FILED**

APR 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUKE DAVIS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA (doing business as) Labcorp, <br><br> Defendant-Appellant. | No. 22-55873 <br><br> D.C. No. 2:20-cv-00893-FMO-KS <br> Central District of California, Los Angeles <br><br> ORDER |

Before: W. FLETCHER and MENDOZA, Circuit Judges, and SCHREIER,[*] District Judge.

Judge Mendoza has voted to deny the petition for rehearing en banc, and Judge Fletcher and Judge Schreier have recommended denying the petition for rehearing en banc. The full court was advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc, Dkt. No. 62, is DENIED.

---

[*] The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, sitting by designation.