| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | APR 24 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LUKE DAVIS; et al.,

        Plaintiffs-Appellees,

 v.

LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA (doing business as) Labcorp,

        Defendant-Appellant.

No. 22-55873

D.C. No. 2:20-cv-00893-FMO-KS
Central District of California, Los Angeles

ORDER

Before: W. FLETCHER and MENDOZA, Circuit Judges, and SCHREIER,[*] District Judge.

    Defendant-Appellant Laboratory Corporation of America Holdings' motion to stay the mandate, Dkt. No. 64, is denied.

---

    [*] The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota, sitting by designation.